# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO PEREZ NIEVES,<br><br>        Plaintiff,<br><br>    v.<br><br>LOWE'S COMPANIES, INC., and DOES 1 THROUGH 100, INCLUSIVE,<br><br>        Defendants. | Case No. 1:06-cv-00918 AWI TAG<br><br>ORDER DENYING REQUEST TO STAY BRIEFING SCHEDULE, AND GRANTING REQUEST TO CONTINUE SCHEDULING CONFERENCE<br><br>(Doc. 18) |

## I. Background

On July 18, 2006, defendant Lowe's Companies, Inc. (hereinafter "Lowe's") removed, to this Court, a lawsuit that had been filed against it in Kern County Superior Court by California resident Gerardo Perez Nieves. (Doc. 1-1). As its basis for removal, defendant Lowe's asserted diversity of citizenship under 28 U.S.C. § 1332. (Doc. 1-1, pp. 2-4). Plaintiff subsequently filed a motion for an order remanding this action to State court. (Doc. 13). Oral arguments on the motion for remand were heard on October 23, 2006. At the conclusion of the hearing, the Court ordered the parties to file supplemental briefs, and set a briefing schedule. Plaintiff was ordered to file his supplemental brief by November 2, 2006, and defendant Lowe's was ordered to file its supplemental brief by November 7, 2006, whereupon this matter was to be deemed under submission. As of this date, neither party has filed supplemental briefs.

## II. Stipulation filed November 7, 2006

On November 7, 2006, plaintiff and defendant Lowe's filed a "Stipulation to Stay Further Briefing Schedule and Continue Scheduling Conference." (Doc. 18). The stipulation explains that the parties have agreed to enter into a written stipulation wherein plaintiff's damages will be

limited and this action may be ordered remanded to State court as a consequence. The stipulation also explains that the written agreement to limit damages and stipulate to an order of remand, has been signed by plaintiff's counsel, but has not been signed by plaintiff, and that is expected that it will take approximately two weeks to obtain plaintiff's signature. No explanation is provided as to why it will take plaintiff two weeks to sign the agreement. Nevertheless, the parties wish the court to issue an order staying the due date of defendant Lowe's supplemental brief pertaining to the motion to remand, and continuing the Scheduling Conference (currently set for November 8, 2006) to December 14, 2006. The court has considered the stipulation (Doc. 18), and makes the following orders with respect to the requests therein:

1. The request to stay the briefing schedule pertaining to plaintiff's motion to remand (Doc. 13) is DENIED.

2. The request to continue the Scheduling Conference is GRANTED, but only to allow a two-week continuance to Wednesday, November 22, 2006.

3. The Scheduling Conference previously set for November 8, 2006 at 9:30 a.m. is continued to Wednesday, November 22, 2006 at 1:30 p.m. in the chambers of United States Magistrate Judge Theresa A. Goldner, 1200 Truxtun Avenue, Suite 120, Bakersfield, California.

4. No telephonic appearances will be allowed at the Scheduling Conference on November 22, 2006. Counsel for plaintiff and counsel for defendant Lowe's must be personally present at the Scheduling Conference on November 22, 2006, and must be prepared to fully participate in a meaningful Scheduling Conference, including a discussion of the factual and legal issues in this action.

5. In the event a stipulation for an order of remand is filed before 4:00 p.m. on November 21, 2006, the court will issue an order vacating the November 22, 2006 Scheduling Conference.

IT IS SO ORDERED.

Dated: **November 8, 2006**          **/s/ Theresa A. Goldner**
**j6eb3d**                          UNITED STATES MAGISTRATE JUDGE